UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | Case No. 00 CR 128-3 |
| ZHOU LI Defendant. | ) | Judge Ronald A. Guzman |

ORDER

This matter came before the Court on the motion of the United States of America. The Court finds that notice of this motion has been given to the parties, that the Court has jurisdiction over the subject matter and the parties, and, having been advised in the premises, that the United States' Motion states a basis for granting the relief requested. It is, therefore:

ORDERED:

1. That the Clerk of the Court transfer the bond deposit of $2,000 plus interest to the Criminal Justice Act fund as reimbursement for costs expended for the legal representation expended in this case for defendant, Zhou Li.

ENTER:

RONALD A. GUZMAN
United States District Judge

DATE: 7/21/09